CRIMINAL DOCKET

PO ☐ | 0975 | 1 | 7511 (Assigned) | 7511 (Disp./Sentence)
Misd. ☐
Felony ☒ | District | Off | Judge/Magistr

☐ WRIT ☐ JUVENILE ☐ ALIAS — OFFENSE ON INDEX CARD

VS

CASSIDY, CHRISTOPHER

Mo 06 Day 26 Yr 91 | Docket No. 91 01130 DAE 01 (Def.)

No. of Def's 1 | U.S. MAG CASE NO 91-0285MC

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | | ORIGINAL COUNTS | DISM. | NG |
|---|---|---|---|---|---|
| 18:1001 | False Statements (06-07-91) | CT 1 | 1 | | X |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE: 06-08-91 (EARLIEST OF: ☒ arrest, ☐ sum'ns, ☐ custody, ☐ appears on complaint)

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE: 06-28-91 (APPLICABLE: ☐ Indictment filed/unsealed, ☐ consent to Magr. trial on complaint, ☒ Information, ☒ Felony-W/waiver)

KEY DATE: 06-28-91 — a) ☒ 1st appears on pending charge /R40; b) ☐ Receive file R20/21; c) ☐ Supsdg: ☐ Ind ☐ Inf; d) ☐ Order New trial; e) ☐ Remand; f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE: 06-28-91 (APPLICABLE: ☐ Dismissal, Pled ☒ guilty, ☐ Nolo, ☐ After N.G., ☐ After nolo, ☐ Trial (voir dire) began ☐ Jury ☐ N.J.)

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|
| 06-10-91 | 06-28-91 | | | 06-28-91 | 10-07-91 | | ☐ on S.T. grounds ☐ W.P. ☐ WOP ☐ on def motion ☐ on gov't motion |

## III. MAGISTRATE

| | | DATE | INITIAL/NO. |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT | | 06-08-91 | 91-0285MC |
| Date of Arrest | | | |

INITIAL APPEARANCE DATE ▶ 06-10-91

PRELIMINARY EXAMINATION OR ☐ REMOVAL HEARING — Date Scheduled ▶ 06-21-91; Date Held ▶

☐ WAIVED ☐ NOT WAIVED — Tape Number

☐ INTERVENING INDICTMENT

OUTCOME: ☐ DISMISSED; ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

OFFENSE (In Complaint): 18:1001 False Statement

DANIEL A. BENT
by R.M. Burke, AUSA

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS

U.S. Attorney or Asst.

DANIEL A. BENT
by Dean D. Paik, Asst. U.S. Atty.

Defense: 1 ☐ CJA 2 ☒ Ret 3 ☐ Waived 4 ☐ Self 5 ☐ Non / Other 6 ☐ PD 7 ☐ CO

WINFRED PONG
KOSHIBA & YOUNG
1001 Bishop St. Suite 2600
Honolulu, Hawaii 96813
ph: 523-3900

NOV 5 1991

BAIL • RELEASE

PRE INDICTMENT: Release Date; ☐ Bail Denied; ☐ Fugitive; ☐ Pers. Rec.; ☐ PSA; AMOUNT SET $; Date Set; ☐ Bail Not Made; Date Bond Made; Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

POST-INDICTMENT: Release Date; ☐ Bail Denied; ☐ Fugitive; ☐ Pers. Rec.; ☐ PSA; AMOUNT SET $; Date Set; ☐ Bail Not Made; Date Bond Made; Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

FINE AND RESTITUTION PAYMENTS — ☐ Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| 10-8-91 | 137917 | $1,550.00 | Bal. -0- | | |
| | | | | | |
| | | | | | |

APPEALS FEE PAYMENTS

DATE / DOCUMENT NO: 91 91 01130 DAE

01 MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT — PAGE 1 OF

VI EXCLUDABLE DELAY — Start Date / End Date — Ltr Code — Total Days

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

| Date | No. | Proceedings |
|---|---|---|
| 1991 Jun 8 | 1 | COMPLAINT - Affidavit of Joseph M. Rogers, S/A INS |
| | 2 | EP: Initial Appearance - Burke & Pong. Deft present w/ counsel PTS Report rec'd by counsel. Defense has no additions or corrections to make at this time.<br>PH - 06-21-91 at 1:30 p.m. (C)<br>Bail - $20,000.00 c/cs w/ following conds<br>1) Notify Clerk of Court of any changes in address or telephone number; 2) Travel Island of Oahu only; 3) Surrender Passport to Clerk of Court and not apply for new one; 4) PT Supervision as det by prob (Lanier Rec) CONKLIN |
| | 3 | Affidavit Re Cash Bail<br>$20,000.00 CASH posted by VALALENE CASSIDY, 1392 Honokahua St., Hon, HI 96825 cc: Fin |
| | 4 | EO: Deft's passport in custody of INS, deft may be released per Judge Conklin. Passport will be in INS custody as evidence CONKLIN |
| | 5 | ORDER Setting Conditions of Release CONKLIN<br>$20,000.00 CASH, 1) Island of Oahu; 2) PTS as directed; 3) Surrender passport (INS Custody); 4) Obtain no passport |
| | 6 | Appearance Bond CONKLIN<br>1392 Honokahua St., Hon, HI 96825 ph: 396-3462 |
| 13 | 7 | NOTICE - PH contd to 06-28-91 at 1:30 p.m. (C)<br>cc: all counsel |
| 26 | 8 | INFORMATION |
| | | EO: Per Dean Paik set for Friday 06-28-91 morning<br>Per Dean PAik leave PH on calendar in the event that the Waiver of Indictment falls through |
| | 9 | EO Waiver of Indictment & A&P sched 06-28-91 at 9:30 a.m. (DAE)<br>Paik to notify Pong EZRA |
| 28 | 10<br>11<br>12 | EP: Waiver of Indictment, A&P - Paik, Pong<br>Deft sworn. Questioned. Adv of rights to be indicted by the grand jury. Deft waives his right to be indicted by the grand jury. "Waiver of Indictment" filed. Paik recited the essential terms of the plea agreement. "Memorandum of Plea Agreement" filed, and acceptance deferred until after review of the presentence repot. Further questioned. Adv of constitutional rights, trial by jury, etc. Paik recited the essential elements of the charges. Plea of GUILTY entered to the Information. Deft referred for presentence report & investigation and SENTENCING set for 10-07-91 at 2:15 p.m. (E).<br>Bond contd. (TC) EZRA |
| Sep 5 | 13 | Defendant Christopher Cassidy's Sentencing Statement; Exhibit "A" - "G"; Certificate of Service |
| 6 | 14 | Government's sentencing Statement; Certificate of Service |
| Oct 7 | 15 | EP: SENTENCING - Paik & Young. Prob 3 yrs. Fine $1500.00 payable in 15 days or before he departs from the United States. Conds:<br>1) Deft is to observe the standard conds of prob<br>2) Deft is not to commit any crimes, federal, state or local |

CONTINUED TO PAGE

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs CASSIDAY, CRHISTOPHER



AO 256A

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 1991 | | **SENTENCING contd:** | | | | |
| Oct 7 | | 3) Deft is not to possess illegal controlled substances<br>4) Deft is to abide by the requirement of the INS to include that he submit to deportation & not return to the United States without the consent of the Immigration Service<br>Spec Aess - $50.00<br>Deft is adv of his rights. The court accepts the plea agreement<br>(ESR) **EZRA** | | | | |
| | 16 | JUDGMENT In A Criminal Case **EZRA** | | | | |
| 9 | 17 | ORDER For Distribution of Moneys **FONG**<br>10-08-91, $1550, Valalene Cassidy<br>10-08-91, $18,450, Valalene Cassidy | | | | |
| 15 | | Transcript of Proceedings - Orig. - pp. 33 - 10-07-91 - V/ARS | | | | |
| Nov 1 | 18 | Presentence Report<br>filed under seal and returned to USPO | | | | |
| | 19 | SENTENCING Recommendation<br>filed under seal and returned to USPO | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days